## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MAX D. BISHOP**
**ADC #158156**                                          **PETITIONER**

v.                                    **No. 5:18-cv-267-DPM**

**WENDY KELLEY, Director, ADC**                           **RESPONDENT**

### ORDER

On *de novo* review, the Court adopts the recommendation, № 21,
and overrules Bishop's objections, № 22-23.  FED. R. CIV. P. 72(b)(3).
Bishop's petition is untimely;  and he hasn't met the high bar of
showing actual innocence.  His petition will therefore be dismissed
with prejudice.  No certificate of appealability will issue.  28 U.S.C.
§ 2253(c).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

15 March 2019