IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MAX D. BISHOP
ADC #158156                                                           PETITIONER

v.                          No. 5:18-cv-267-DPM

WENDY KELLEY, Director, ADC                                         RESPONDENT

## JUDGMENT

Bishop's petition is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2019